BRUCE C. FUNK, ESQ.
California State Bar No. 122340
46 West Santa Clara Street
San Jose, California 95113
Telephone (408) 280-6488

Attorney for Defendant
FRANCISCO GARCIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                       )<br>                          Plaintiff,      )<br>                                                       )<br>            v.                                         )<br>                                                       )<br>FRANCISCO GARCIA,                   )<br>                                                       )<br>                          Defendant.  )<br>_____) | NO. CR-10-00301-DLJ<br><br>**STIPULATION AND ORDER<br>CONTINUING PRETRIAL/STATUS<br>CONFERENCE HEARING** |

IT IS HEREBY STIPULATED by the undersigned that the Pretrial/Status Conference Hearing in the above-entitled case, currently scheduled for June 7, 2011 at 9:00 a.m., be vacated and rescheduled for June 14, 2011 at 9:00 a.m. The continuance is necessary due to the unavailability of defense counsel and to allow the parties to continue plea discussions.

IT IS SO STIPULATED.

Dated: May 31, 2011                                            /s/
                                                                          BRUCE C. FUNK, ESQ.
                                                                          Attorney for Francisco Garcia

Dated: May 31, 2011                                            /s/
                                                                          NAT COUSINS, ESQ.
                                                                          Assistant United States Attorney

//

---

**STIPULATION CONTINUING PRETRIAL/STATUS CONFERENCE HEARING**

1

1 **ORDER**

2      Based upon the stipulation of the parties, it is hereby ordered that the Pretrial/Status Conference
3 Hearing in the above-entitled case, previously scheduled for June 7, 2011 at 9:00 a.m., be vacated and
4 rescheduled for June 14, 2011 at 9:00 a.m.

6 Dated: June 2 , 2011

          **D. LOWELL JENSEN**,
7           United States District Judge